UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTAL TAYLOR,

         Plaintiff,

- against -

GIFTED NURSES, LLC and THE SCHULMAN AND SCHACHNE INSTITUTE FOR NURSING AND REHABILITATION, INC.,

         Defendants.

No. 1:22-CV-07265

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between counsel for the parties hereto that, in accordance with the terms of an Agreement entered into on June 19, 2023, respectively, all of the claims asserted in the above-captioned matter are hereby dismissed with prejudice and that the parties shall bear their own costs and attorneys' fees.

Dated: New York, New York
    June 19, 2023

LAW OFFICE OF PETER A. ROMERO

By: _[signature]_ David Barnhorn
David Barnhorn, Esq.
490 Wheeler Road, Suite 250
Hauppauge, NY 11788
Phone: (631) 257-5588
*Attorneys for Christal Taylor*

GARFUKEL WILD, P.C.

By: _[signature]_ Marianne Monroy
Marianne Monroy, Esq.
Joshua Zarcone, Esq.
11 Great Neck Road
Great Neck, NY 11021
Phone: (516)
*Attorneys for the Schulman and Schachne Institute for Nursing and Rehabilitation, Inc.*

EPSTEIN BECKER & GREEN, P.C.

By: _[signature]_
Raymond T. Mak, Esq.
Nicole Zolla Clark, Esq.
875 Third Avenue
New York, NY 10022
Phone: (212) 351-4500
*Attorneys for Gifted Nurses, LLC.*

FIRM:59056640v1

Scanned with CamScanner